**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO LICONA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHARLES W. CALLAHAN,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 16-9563-R (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that the Petition be dismissed as not fully exhausted and for failure to prosecute, and Judgment be entered dismissing this action.

DATED: <u>July 26, 2018</u>

　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE