# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO LICONA,<br><br>    Petitioner,<br><br>  v.<br><br>CHARLES W. CALLAHAN,<br>Warden,<br><br>    Respondent. | Case No. CV 16-9563-R (JPR)<br><br>**J U D G M E N T** |

  Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: <u>July 26, 2018</u>

            MANUEL L. REAL
            U.S. DISTRICT JUDGE